**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| TERRY KELLY, derivatively and on behalf of OCULAR THERAPEUTIX, INC.<br><br>                       Plaintiff,<br><br>      v.<br><br>AMARPREET SAWHNEY, ERIC ANKERUD, JASWINDER CHADHA, JAMES GARVEY, JEFFREY S. HEIER, RICHARD L. LINDSTROM, W. JAMES O'SHEA, BRUCE PEACOCK, CHARLES WARDEN, SV LIFE SCIENCES FUND, IV, LP, and SV LIFE SCIENCES FUND IV STRATEGIC PARTNERS, LP,<br><br>                       Defendants,<br><br>        -and-<br><br>OCULAR THERAPEUTIX, INC.,<br><br>                      Nominal Defendant. | Case No. 1:18-cv-00277-VAC-SRF |

**STIPULATION AND [PROPOSED] ORDER STAYING CASE**

The parties, by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff commenced this derivative action on February 16, 2018;

WHEREAS, two related derivative actions were filed in Massachusetts Superior Court, Suffolk County, on October 24, 2017 and December 21, 2017, respectively;

WHEREAS, by order dated January 29, 2018, the Massachusetts Superior Court consolidated the two derivative actions that are pending in that court under the caption *In re Ocular Therapeutix, Inc. Derivative Litigation*, Civ. Action No. 17-3425 BLS (Mass. Super. Ct.

Suffolk Cnty.) (the "Consolidated Action") and appointed co-lead counsel for the Consolidated Action;

WHEREAS, on February 28, 2018, the co-lead plaintiffs in the Consolidated Action filed a consolidated derivative complaint, alleging substantially similar facts and claims as those asserted in the instant action; and

WHEREAS, given the existence of the earlier-filed and ongoing Consolidated Action in Massachusetts state court, the parties to this action agree that it would be an inefficient use of judicial resources to proceed with parallel litigation in this forum;

NOW, THEREFORE, it is hereby stipulated and agreed, subject to the approval of this Court, as follows:

1. This action shall be and hereby is stayed pending final judgment in the Consolidated Action.

2. Notwithstanding the stay, Plaintiff may file an amended complaint.

3. Defendants shall not be required to answer or otherwise respond to the pending complaint or any amended complaint during the pendency of the stay.

                                            Respectfully Submitted,

Dated: June 11, 2018                */s/ Michael J. Farnan*
                                            Brian E. Farnan (Bar No. 4089)
                                            Michael J. Farnan (Bar No. 5165)
                                            FARNAN LLP
                                            919 N. Market St., 12th Floor
                                            Wilmington, DE 19801
                                            Tel: (302) 777-0300
                                            Fax: (302) 777-0301
                                            bfarnan@farnanlaw.com
                                            mfarnan@farnanlaw.com

                                        Phillip Kim
                                        THE ROSEN LAW FIRM, P.A.
                                        275 Madison Avenue
                                        New York, NY 10016:
                                        Tel:  (212) 686-1060
                                        Fax: (212) 202-3827
                                        pkim@rosenlegal.com

                                        *Counsel for Plaintiff Terry Kelly*


                                        */s/ Kevin M. Coen*
                                        Kevin M. Coen (Bar No. 4775)
                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                                        1201 North Market Street
                                        P.O. Box 1347
                                        Wilmington, DE 19899-1347
                                        Tel:  (302) 658-9200
                                        Fax:  (302) 658-3989
                                        kcoen@mnat.com

                                        *Counsel for Defendants*


SO ORDERED this \_\_\_ day of _____ 2018.

                                        _____
                                        Hon. Sherry R. Fallon
                                        United States Magistrate Judge