UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| TERRY KELLY, derivatively on behalf of OCULAR THERAPEUTIX, INC.<br><br>Plaintiff,<br><br>v.<br><br>AMARPREET SAWHNEY, ERIC ANKERUD, JASWINDER CHADHA, JAMES GARVEY, JEFFREY S. HEIER, RICHARD L. LINDSTROM, W. JAMES O'SHEA, BRUCE PEACOCK, CHARLES WARDEN, SV LIFE SCIENCES FUND, IV, LP, and SV LIFE SCIENCES FUND IV STRATEGIC PARTNERS, LP,<br><br>Defendants,<br><br>-and-<br><br>OCULAR THERAPEUTIX, INC.,<br><br>Nominal Defendant. | Case No. 18-cv-277-RGA |

## JOINT STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING ACTION WITHOUT PREJUDICE

Pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel, respectfully request that the Court enter an Order granting Plaintiff's request to voluntarily dismiss the above-captioned action without prejudice.

In support thereof, the parties state as follows:

1. On June 12, 2018, the Court stayed this action pending final judgment in a related consolidated action in Massachusetts Superior Court, Suffolk County, captioned *In re Ocular Therapeutix, Inc. Deriv. Litig.*, Civ. Action No. 17-3425 BLS (Mass. Super. Ct. Suffolk Cnty.) (the "Consolidated Massachusetts Action").

2. By Order dated August 3, 2018, the Massachusetts Superior Court granted the parties' joint motion to stay the Consolidated Massachusetts Action pending a decision by the United States District Court for the District of Massachusetts (the "Massachusetts Federal Court") on a motion to dismiss a related consolidated securities class action litigation captioned *In re Ocular Therapeutix, Inc. Securities Litig.*, No. 1:17-cv-12288-GAO (D. Mass.) (the "Securities Class Action").

3. Pursuant to an Opinion and Order dated April 30, 2019, the Massachusetts Federal Court dismissed the Securities Class Action.

4. On April 9, 2020, the United States Court of Appeals for the First Circuit affirmed the dismissal of the Securities Class Action.

5. The parties have met and conferred and have agreed that this Action should be dismissed without prejudice, with each party to bear his, her, or its own fees and costs incurred in connection with this litigation.

6. The parties submit that notice to Ocular stockholders of this dismissal is unnecessary because the stipulated dismissal is without prejudice; no compensation in any form has passed directly or indirectly from any of the Defendants to Plaintiff or Plaintiff's counsel; no promise to give any such compensation has been made; and the dismissal is without prejudice to the ability of Ocular or other Ocular shareholders to pursue claims.

NOW THEREFORE, the parties STIPULATE and AGREE and request that the Court enter an Order approving the voluntarily dismissal of this Action pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, as follows:

1. The above-captioned action is dismissed without prejudice, with the parties to bear their own costs and fees.

IT IS SO STIPULATED.

|  |  |
|---|---|
| October 26, 2020 | */s/ Michael J. Farnan* <br> Brian E. Farnan (Bar No. 4089) <br> Michael J. Farnan (Bar No. 5165) <br> FARNAN LLP <br> 919 N. Market St., 12th Floor <br> Wilmington, DE 19801 <br> Tel: (302) 777-0300 <br> Fax: (302) 777-0301 <br> bfarnan@farnanlaw.com <br> mfarnan@farnanlaw.com <br><br> Phillip Kim <br> THE ROSEN LAW FIRM, P.A. <br> 275 Madison Avenue, 40th Floor <br> New York, NY 10016 <br> Tel: (212) 686-1060 <br> Fax: (212) 202-3827 <br> pkim@rosenlegal.com <br><br> *Counsel for Plaintiff Terry Kelly* <br><br> */s/ Kevin M. Coen* <br> Kevin M. Coen (Bar No 4775) <br> MORRIS, NICHOLS, ARSHT & TUNNELL LLP <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899-1347 <br> Tel: (302) 658-9200 <br> Fax: (302) 658-3989 <br> kcoen@mnat.com <br><br> *Counsel for Defendants* |

\*\*\*\*

**<u>ORDER</u>**

Pursuant to Stipulation, it is SO ORDERED this 28 day of Oct, 2020.

_____
Hon. Richard G. Andrews
United States District Judge